## THE STATE v. EDWARD PRICE.

A writ of prohibition will not be granted to prohibit a Court of Quarter Sessions from granting a new trial, after a final judgment has been entered.

Chetwood, moved for a writ of prohibition to be directed, to the Borough Court of Quarter Sessions of the Borough of Elizabeth; to prohibit them from granting a new trial in this case, upon the following facts which appeared to the Court by the record of the Court of the Borough of Elizabeth produced in this Court.

The defendant had been indicted in the Borough Court, pleaded not guilty, was tried, convicted, and final judgment entered against him. Two days after the judgment was passed but during the same term of the court, the prisoner by his counsel applied to the court for a rule to shew cause why the verdict should not be set aside and a new trial had, which rule the Borough Court granted.

The counsel in support of his application contended that after final judgment rendered in a criminal case, the jurisdiction of the Borough Court was at an end, and that no new trial could be granted and that the proper remedy in this case was a writ of prohibition. 3 *Bl. Com.* 112, 113.

*O. Halsted,* contra.

1. That the court was not concluded by the entry of the judgment; that the judgment remained like all other proceedings, *in fieri,* during the term, and subject to the control of the court.

2. That even if the discretion of the court, was concluded by the entry of the judgment, yet that this was not a case in which a writ of prohibition would lie. The object of that

writ was to confine inferior judicatories within the sphere of their jurisdiction, 5 *Bac. abr.* 647, *tit. Prohib.* Here the case was clearly within the jurisdiction of the court.

THE COURT after taking time to deliberate refused to grant the writ of prohibition.*

* NOTE.—This writ will not be granted *after sentence* in the inferior court, unless it appear on the face of the proceeding that such inferior court had not jurisdiction. *Arch. Black,* 106, *note;* 3 *T. R.* 34; *Cowp.* 122; 4 *T. R.* 382.